UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JANET ROSTER,

    Plaintiff,

v().                                     Case No.:  2:21-cv-806-JLB-KCD

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Before the Court is Defendant GeoVera Specialty Company's Motion to Compel Deposition of Plaintiff and Rule 37 Sanctions (Doc. 60) and Motion to Compel Deposition of Jessica Toolan (Doc. 61.) For the reasons stated on the record during oral argument for these motions, it is now **ORDERED**:

1. Defendant's Motion to Compel Deposition of Plaintiff and Rule 37 Sanctions is **GRANTED IN PART AND DENIED IN PART**;

2. As a sanction for the failure to appear at her duly noticed and scheduled deposition, the Court will require Plaintiff to pay the court reporter fee of $189.75;

3. The Court declines to award any further sanctions for Plaintiff's nonappearance at this time given counsel's representation that she was displaced from her home. But the Court reserves the right to readdress this

issue should Plaintiff fail to appear at her rescheduled deposition or if counsel's hardship representation is not borne out by Plaintiff's testimony;

    4.    Defendant's Motion to Compel Deposition of Jessica Toolan is **DENIED**.

**ENTERED** in Fort Myers, Florida this April 6, 2023.

*[Signature]*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record